# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-2436
_____

United States of America,

*Plaintiff - Appellee*,

v.

Travis Lee Grote,

*Defendant - Appellant*.
_____

Appeal from United States District Court
for the Northern District of Iowa - Western
_____

Submitted: January 31, 2022
Filed: February 7, 2022
[Unpublished]
_____

Before COLLOTON, BENTON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Travis Grote appeals a sentence imposed by the district court[1] after he pleaded guilty to firearm offenses. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the reasonableness of Grote's sentence. We conclude that the sentence was not substantively unreasonable, as there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc).

We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____

_____

[1]The Honorable Leonard T. Strand, Chief Judge, United States District Court for the Northern District of Iowa.